## 1

UNITED STATES ex rel. Itzik BRAVERMAN, Relator Appellant, v. Henry H. CURRAN, Commissioner of Immigration at the Port of New York, Respondent Appellee.

Circuit Court of Appeals, Second Circuit. April 4, 1927.

No. 369.

Appeal from the District Court of the United States for the Southern District of New York.

Jacob L. Diamond, of New York City, for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Alvin McKinley Sylvester, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON and MACK, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Order affirmed.

## 2

UNITED STATES ex rel. Nunzio GULLA, Relator Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent Appellee.

Circuit Court of Appeals, Second Circuit. April 11, 1927.

No. 286.

Appeal from the District Court of the United States for the Southern District of New York.

Gaspare M. Cusumano, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Alvin McK. Sylvester, of New York City, of counsel), for appellee.

Before MANTON and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Order affirmed in open court.

## 3

Fannie E. UNTERMYER, as Executrix, and Edward D. Untermyer, as Executor, etc., Plaintiffs in Error, v. Charles W. ANDERSON, as Collector, etc., Defendant in Error.

Circuit Court of Appeals, Second Circuit. April 12, 1927.

No. 382.

In Error to the District Court of the United States for the Southern District of New York.

Louis Marshall, of New York City, for plaintiffs in error.

Thos. J. Crawford, of New York City, for defendant in error.

Before MANTON and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Judgment affirmed in open court.

## 4

Fred G. YOUNG, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

Circuit Court of Appeals, Fifth Circuit. April 15, 1927.

No. 4884.

In Error to the District Court of the United States for the Eastern District of Louisiana; William I. Grubb, Judge.

Herve Racivitch and Hugh M. Wilkinson, both of New Orleans, La. (Bonomo & Racivitch and Hugh Wilkinson, all of New Orleans, La., on the brief), for plaintiff in error.

Wayne G. Borah, U. S. Atty., of New Orleans, La.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.